

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
EAstern

☐ **ORIGINAL**

Jose Pizarro

17 CV 0169 4 (PKC-SMG)

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

**AMENDED**
**COMPLAINT**
(Prisoner)

N.Y.P.D., N.Y.C.D.O.C., The
City of New York, Bill Bratton
Former NYPD Comm, DEVIN BAker
#2863 Ymoloney #10143 Genevieve Taylor et. al

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JUL 1 4 2017   ★

BROOKLYN OFFICE

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Jose                                    Pizacco

First Name                Middle Initial            Last Name

N/P

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

895160189 7

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

A.M.K.C. Riker Island

Current Place of Detention

18-18 Hazen Street

Institutional Address

East Elmhurst         N.Y.            11370

County, City                            State               Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**  N.Y.P.D

First Name              Last Name              Shield #

Current Job Title (or other identifying information)
1 Police PLAZA
Current Work Address

County, City              State              Zip Code

**Defendant 2:**  N.Y.C. D.O.C.

First Name              Last Name              Shield #

Current Job Title (or other identifying information)
75-20 Astoria Blvd
Current Work Address
East Elmhurst   ny        11370
County, City              State              Zip Code

**Defendant 3:**  Elliot   Colon   Commander

First Name              Last Name              Shield #
Chief Commander
Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

**Defendant 4:**  Brooklyn Defender Services

First Name              Last Name              Shield #

Current Job Title (or other identifying information)
177 Livingston Street 7th Fl
Current Work Address
Bklyn        ny        11201
County, City              State              Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: 87 Lorriane Street

Date(s) of occurrence: 2/17/16

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 2/17/16 I WAS Smoking A Cigerrete in the Hallway of 87 Lorriane. I WAS approched by NYPD officer Devin Baker sheild #28634 And officer Joseph moloney sheild #10143. They did Not Ask For I.D They Just told me to Put my hAnds behind my bAck and turn around. Their guns was drawn so I complied. I ask the officers why I WAS being arrested. They told me to shut the fuck up and wait to I get to the Precient. When I was at the Precient. I ask the desk sargent what I was being arrested For and He said For Harrassment A complaint that was Filed 1/19/16 by Genieve Taylor. I told officers That it had to be a mistake because on that Date I was living in P.A.. I showed my arresting officers my Pay stubs I had Proving that I was working in



P.A. on said Date and my Drivers License From P.A. Proves also that I was Not a resident of N.Y.C. My legal attorneys withheld this Information from me and the courts! Genevieve Taylor Falsely Accused me of Harrassment and defamed my character! Also chief Elliot Colon of The NYPD Falsey accused me and defamed my character in a Interview He gave with A local News Paper!

~~INJURIES:~~ Relief

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff seeks damges of Pain and Suffering in its Individual capacity and offical capacity From each defendents For Five(5) million dollars. Plaintiff also seeks Punitive damges in its individual capcity and offical capacity From each defendent For (10)ten million dollars for the sum of (470) Four Hundred Seventy million dollars.

VI.  ~~RELIEF~~ Injuries

State briefly what money damages or other relief you want the court to order.

Since my incarceration on Rikers Island I have been attack by inmates and officers. I Now have metal Plates and screws in my knee, after having major surgery. My lung collapes and had a chest tube in my chest, From the result of Poor medical treatment by D.O.C., I'm suffering From mental Health issues such as deppression, Insomnia and P.T.S.D In which, I am recieving medication and treatment.

Facts: Page (2)

A week After my Arrest I
cotacted my Job in P.A. in order
To Send me copies of All The
days I work From 8/30/16 To
Jan 1/31/16. I recieved From
my Employer in P.A. copies of
my time cards And A letter
Stating that I was At work
At the time of Said incident
reguarding 1/19/16 Harrassment
claim by Genereve Taylor. I
Sent this Information to my
attorney Daniel Derby And the
District Attorney office. Jamie
Burke my Attorney After Daniel
Derby HAd this Information Too
And it was Passed on to HARvey
Herbert Also. The D.A office
MAliciously Procecuted me knowing
of my Innocense. And my Attorney
looked the other way And did Not
Introduced this information to the
court And Allowed me to Stay in
Jail For 8 month before the Judge
Threw the case out and dismissed
The charges against me.

Facts: (3) Page

Officers Baker And moloney
Claim that A I-Card was
issued For This Harrassment
Case by Geneieve Taylor. A
I-Card by law in as stated
Its an investigation card
Not a warrent For A arrest!
NYPD officer did Not investigate
or interogate Me about said
Incident They Just arrested
me illegally and charge me
with the crime. In A newspaper
article in A local News Paper
Chief commander Elliot Colon of
The NYPD. Stated That I was
Harrassing Ex-girlfriend Geneieve
Taylor by Stalking Her. My
Evidence Proves that I was Not
living in NYC. At the time of
claimed Incident.



## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/25/17 | |
| Dated | Plaintiff's Signature |

Jose                               Pizarro
First Name          Middle Initial          Last Name

18-18 HAzen   Street
Prison Address

EAst E/mHurst         n.y.         11370
County, City                    State                    Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  6/25/17

# EXHIBIT C

MK. Jose _____

18-18 HAZEN Street

EAST ElmHurst, N.Y. 11370

Legal mail

United State District C
Eastern District of New Y
Clerk of court
Douglas C. Palmer
225 CADMAN PLAZA EAS
Bklyn, N.Y. 11201

UNITED STATES
POSTAL SERVICE

1000    11201